**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RL REGI FINANCIAL, LLC )
)
     Plaintiff, )
)
v. )    CIVIL ACTION
)    FILE NO._____
THE KNIGHT GROUP, INC., )
JOHN P. KNIGHT, SR., )
JOHN P. KNIGHT, JR., )
GARY S. KNIGHT, )
and CHRISTOPHER S. KNIGHT )
)
     Defendants. )
_____)

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

(1)    The undersigned counsel of record for Plaintiff in this action certifies that Plaintiff's sole member is Lennar Pacific Properties, Inc., a subsidiary of Lennar Corporation, a publicly-traded company.

(2)    The undersigned further certifies the following is a complete list of persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(a)    RL REGI Financial, LLC;

(b)     Lennar Pacific Properties, Inc.;

(c)     Lennar Corporation;

(d)     The Knight Group, Inc.;

(e)     John P. Knight, Sr.;

(f)     John P. Knight, Jr.;

(g)     Gary S. Knight; and

(h)     Christopher S. Knight.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Plaintiff in this proceeding:

Frank W. DeBorde
Lisa Wolgast
Sameer Kapoor
MORRIS, MANNING & MARTIN, LLP
3343 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326

Respectfully submitted, this 20th day of July, 2011.

                    **MORRIS,  MANNING  &  MARTIN,
                    LLP**


                    By:___/s/ Lisa Wolgast_____
                        Frank W. DeBorde
                        Georgia Bar No. 215415
                        Lisa Wolgast
                        Georgia Bar No. 773399
                        Sameer K. Kapoor
1600 Atlanta Financial Center       Georgia Bar No. 407525
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone:  (404) 233-7000          *Attorneys for RL REGI Financial,*
Facsimile:   (404) 365-9532         *LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that the foregoing pleading has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in Local Rule 5.1C.

**MORRIS, MANNING & MARTIN, LLP**

By:   /s/ Lisa Wolgast_____
Lisa Wolgast
Georgia Bar No. 773399