

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RL REGI FINANCIAL, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE KNIGHT GROUP, INC., )<br>JOHN P. KNIGHT, SR., )<br>JOHN P. KNIGHT, JR., )<br>GARY S. KNIGHT, )<br>and CHRISTOPHER S. KNIGHT )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br>FILE NO. 1:11-CV-02384-ODE |

### FINAL CONSENT ORDER AND JUDGMENT

Plaintiff RL REGI Financial, LLC ("Plaintiff") having moved for summary judgment on its claims against Defendants The Knight Group, Inc., John P. Knight, Sr., John P. Knight, Jr., Gary S. Knight, and Christopher S. Knight (collectively, "Defendants") and on the Counterclaims filed by Defendants, Plaintiff and Defendants having consented hereto pursuant to that certain Release and Settlement Agreement dated February $2\mathcal{8}$, 2012, and as evidenced by their counsels' signatures below, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff against The Knight Group, Inc., John P. Knight, Sr., John P. Knight, Jr., Gary S. Knight, and Christopher S. Knight, jointly and severally, in the amount of $7,423,875.73, consisting of principal in the amount of $7,106,122.80 and accrued interest in the amount of $347,752.93, with interest accruing from January 30, 2012 through the date of entry of this Order at the *per diem* rate of $670.42.

IT IS FURTHER ORDERED that interest shall accrue hereon at the applicable post-judgment rate.

IT IS FURTHER ORDERED that the Clerk issue a Writ of Execution forthwith.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the consent of the parties, the Counterclaims filed by Defendants against Plaintiff are hereby DISMISSED WITH PREJUDICE and Defendants' Motion for Leave to Amend Defendants' Answers and Counterclaims is DENIED as moot.

SO ORDERED this **5** day of **March**, 2012.

ORINDA D. EVANS
United States District Court for the Northern
District of Georgia

**CONSENTED TO BY:**

**MORRIS, MANNING & MARTIN, LLP**

By: _____
Frank W. DeBorde
Georgia Bar No. 215415
Lisa Wolgast
Georgia Bar No. 773399
Sameer K. Kapoor
Georgia Bar No. 407525
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
*Attorneys for RL REGI Financial, LLC*

**DAVIDSON, FULLER & SLOAN, L.L.P.**

By: _____
Stephen P. Fuller
Georgia Bar No. 280336
10475 Medlock Bridge Road
Suite 820
Johns Creek, Georgia 30097
*Attorneys for Defendants*