# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RL REGI FINANCIAL, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE KNIGHT GROUP, INC., ) <br> JOHN P. KNIGHT, SR., ) <br> JOHN P. KNIGHT, JR., ) <br> GARY S. KNIGHT, ) <br> and CHRISTOPHER S. KNIGHT ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION <br> FILE NO. 1:11-CV-02384-ODE |

## PLAINTIFF RL REGI FINANCIAL, LLC'S
## MOTION FOR ISSUANCE OF WRIT OF EXECUTION

Plaintiff RL REGI Financial, LLC ("Plaintiff") respectfully moves, pursuant to Local Rule 69.1 for the Clerk to issue a Writ of Execution, showing the Court as follows:

1. On March 5, 2012, the Court entered a Final Consent Order and Judgment against Defendants. (Docket No. 45.)

2. Plaintiff desires to record a Writ of Execution in multiple counties.

4. In order to expedite the recording of the Writ of Execution in multiple counties by Plaintiff, Plaintiff respectfully requests that the Clerk of Court issue a

Writ of Execution against Defendants in favor of Plaintiff in the form attached hereto as Exhibit A.

Respectfully submitted, this 7th day of March, 2012.

**MORRIS, MANNING & MARTIN, LLP**

By:\_\_\_/s/ Lisa Wolgast_____
   Lisa Wolgast
   Georgia Bar No. 773399

*Attorneys for Plaintiff RL REGI Financial, LLC*

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

## **LOCAL RULE 7.1D CERTIFICATION**

Counsel hereby certifies that the foregoing was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1B.

By: _/s/ Lisa Wolgast_____
Lisa Wolgast
Ga. Bar No. 773399

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RL REGI FINANCIAL, LLC )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE KNIGHT GROUP, INC., )<br>JOHN P. KNIGHT, SR., )<br>JOHN P. KNIGHT, JR., )<br>GARY S. KNIGHT, )<br>and CHRISTOPHER S. KNIGHT )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION<br>FILE NO. 1:11-CV-02384-ODE |

## CERTIFICATE OF SERVICE

I certify that I have this day served **MOTION FOR ISSUANCE OF WRIT OF EXECUTION** on counsel for Defendants by mailing a copy thereof by first-class mail to:

    Stephen P. Fuller
    10475 Medlock Bridge Road
    Suite 820
    Johns Creek, Georgia 30097

I further certify that I have this day filed this Certificate of Service with the Clerk of this Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record, who is a registered

participant in the Court's electronic notice and filing system and who may access said filing via the Court's CM/ECF System:

Stephen P. Fuller
spf@dfslaw.com

This 7th day of March, 2012.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

3343 Peachtree Road, N.E.
Suite 1600
Atlanta, Georgia 30326
(404) 233-7000

By: /s/ Lisa Wolgast
   Lisa Wolgast
   Georgia Bar No. 773399

*Attorneys for Plaintiff RL REGI Financial, LLC*