FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 18 2012

James N. Hatten, Clerk
By: AM Cause
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RL REGI FINANCIAL, LLC,

    Plaintiff

v.

THE KNIGHT GROUP, INC; JOHN P. KNIGHT, SR.; JOHN P. KNIGHT, JR.; GARY S. KNIGHT; and CHRISTOPHER S. KNIGHT,

    Defendants

CIVIL ACTION NO.
1:11-CV-2384-ODE

ORDER

This case is before the Court on RL REGI Financial, LLC's ["Plaintiff"] motions for Issuance of Writ of Execution [Docs. 46, 47, 48, & 49]. Plaintiff's motions are DENIED.

Local Rule 69.1 states: "Unless otherwise ordered by the court, Writs of Execution shall be prepared by the prevailing party or that party's attorney on forms made available by the clerk at the public filing counter. Writs so prepared must be approved and issued by the clerk." LR 69.1, NDGa. Rather than seek its writ from the Clerk's Office, pursuant to Rule 69.1, Plaintiff has filed four motions seeking four identical, but separate, writs from this Court.

Plaintiff has provided the Court with no explanation for why the writ issued by the Clerk's Office pursuant to LR 69.1 is inadequate, nor any legal justification for why this Court should deviate from the rule.

Therefore, Plaintiff's motions [Docs. 46, 47, 48, & 49] are DENIED.

SO ORDERED, this 18 day of September, 2012.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE